ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITES STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 06 2006

at 10 o'clock and 10 min A.M
SUE BEITIA, CLERK

LODGED
DEC 23 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>DAWN R. GALARITA,  (06),<br><br>        Defendant. | CR. NO. 04-00399-06 HG<br><br>ORDER DENYING DEFENDANT<br>DAWN R. GALARITA'S MOTION<br>TO SEVER; CERTIFICATE OF<br>SERVICE |

## ORDER DENYING DEFENDANT DAWN R. GALARITA'S MOTION TO SEVER

The Court made oral findings of fact at the conclusion of the hearing on the defendant's motion to sever. Those findings are incorporated by reference here.

Upon consideration of the pleadings on file in this case and the arguments of counsel, this Court cannot find that there is a serious risk that a joint trial will compromise a trial right of the defendant. The Court believes that



appropriate instructions will protect the defendant from any spillover of the evidence regarding any co-defendant. The Court believes that juries follow the instructions given by the trial judge.

ACCORDINGLY, defendant's motion to sever is DENIED.

SO ORDERED this day 5th day of January 2006 at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. Dawn R. Galarita
Cr. No. 04-00399-06 HG

Order Denying Defendant Dawn R. Galarita's
Motion to Sever

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed via air mail to the following:

>Mr. Clayton Kimoto
>Attorney at Law
>733 Bishop St., Suite 2302
>Honolulu, Hawaii 96813
>
>Attorney for defendant
>Dawn R. Galarita

Dated:  December 25, 2005 at Honolulu, Hawaii.

_____