EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00399 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' MOTION TO |
| vs. | ) | CONTINUE TRIAL |
| | ) | |
| ANTONIO PANLASIGUI, JR.,     (04), | ) | |
| DAWN R. GALARITA,            (06), | ) | |
| TIARE M. SMITH,              (07), | ) | |
| | ) | |
| | ) | Date:  January 24, 2006 |
| Defendants. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. David A. Ezra |

UNITED STATES' MOTION TO CONTINUE TRIAL

Trial in the above matter is scheduled to begin on January 24, 2006 at 9:00 a.m.

The United States learned on January 18, 2006 that one of its witnesses, Maui County Police Officer Barry Kubo, is scheduled for surgery on January 20th and will be unavailable to testify during the week of January 23, 2006.  Office Kubo seized methamphetamine from Sham Vierra on August 22, 2004 and was the

affiant on a search warrant that resulted in the seizure of methamphetamine from Brian U'u's vehicle on that same date. Officer Kubo also was present during an interview of Sham Vierra conducted by the FBI on September 9, 2004.

The United States was unaware of Officer Kubo's planned surgery until January 18th.

The United States respectfully moves under Title 18 United States Code, Section 3161(h)(3)(A) and (8)(A) and (B) to continue the trial, due to the unavailability of an essential government witness, to a time acceptable to the Court and the defendants. The United States further asks the Court to exclude the time from the computation of the Speedy Trial Act.

DATED: January 19, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas Muehleck
    THOMAS MUEHLECK
    Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class Mail:

| | |
|---|---|
| William A. Harrison, Esq.<br>841 Bishop St., Suite 800<br>Honolulu, HI 96813<br><br>   Attorney for Defendant<br>   Antonio Panlasigui, Jr. | January 19, 2006 |
| Clayton K. Kimoto, Esq.<br>733 Bishop St., Suite 2302<br>Honolulu, HI 96813<br><br>   Attorney for Defendant<br>   Dawn R. Galarita | January 19, 2006 |
| Birney B. Bervar, Esq.<br>1001 Bishop St., Suite 1400<br>Honolulu, HI 96813<br><br>   Attorney for Defendant<br>   Tiare M. Smith | January 19, 2006 |

DATED: January 19, 2006, at Honolulu, Hawaii.

<u>/s/ Rowena N. Kang</u>