CLAYTON KIMOTO
Attorney at Law
733 Bishop Street, Makai Tower
Suite 2302
Honolulu, Hawaii  96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988

Attorney for Defendant
DAWN GALARITA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00399 DAE |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF MOTION; MOTION IN |
| | ) LIMINE; CO-DEFENDANT'S |
| vs. | ) STATEMENT and CREDIBILITY |
| | ) VOUCHING; MEMORANDUM |
| DAWN GALARITA (06), | ) IN SUPPORT OF MOTION; |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| | ) DATE: |
| | ) TIME: |
| | ) JUDGE: |

## NOTICE OF MOTION

TO:  THOMAS MUEHLECK
     Assistant United States Attorney

PLEASE TAKE NOTICE that the following motion will be heard

ORIGINAL

before the Honorable , in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on_____, or as soon as counsel may be heard.

CLAYTON KIMOTO
Attorney at Law
733 Bishop Street, Makai Tower
Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988

Attorney for Defendant
DAWN GALARITA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00399 DAE |
|---|---|
| Plaintiff, | ) )  MOTION IN LIMINE; CO- |
| vs. | ) DEFENDANT'S STATEMENT and ) CREDIBILITY VOUCHING |
| DAWN GALARITA (06), | ) |
| Defendant. | ) |

## MOTION IN LIMINE

Comes now the defendant, DAWN GALARITA, through counsel, Clayton Kimoto, and moves this Honorable Court to first, to exclude statements of Sham Vierra, a co-defendant, against Dawn Galarita, which the government

contends are admissible under Federal Rules of Evidence 801(d)(2)(E). Secondly, Dawn Galarita also moves in limine for an order to the government to avoid any vouching for the credibility of government witnesses, whether by testimony of other witnesses, by argument of counsel or by enhancing the titles or responsibilities of said witnesses. .

This motion is based upon the attached memorandum of law, the files and records in this case, the attached declaration of counsel and on such argument and evidence as the court will receive.

DATED: Honolulu, Hawaii, March 8, 2006.

_____
CLAYTON KIMOTO
Attorney for Defendant
DAWN GALARITA