CLAYTON KIMOTO
Attorney at Law
733 Bishop Street, Makai Tower
Suite 2302
Honolulu, Hawaii  96813
Telephone:  (808) 536-4456
Facsimile:   (808) 536-4988

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at \_\_11\_\_ o'clock and \_\_0\_\_ min. \_\_A\_\_M
SUE BEITIA, CLERK

Attorney for Defendant
DAWN GALARITA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00399 DAE |
| Plaintiff, | NOTICE OF MOTION; MOTION TO INCLUDE DEFENDANT'S QUESTIONS FOR COURT'S GENERAL VOIR DIRE OF THE JURY; CERTIFICATE OF SERVICE |
| vs. | |
| DAWN GALARITA (06), | |
| Defendant. | |
| | DATE: |
| | TIME: |
| | JUDGE: |

## NOTICE OF MOTION

TO:  THOMAS MUEHLECK
     Assistant United States Attorney

PLEASE TAKE NOTICE that the following motion will be heard

ORIGINAL

before the Honorable , in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on_____, or as soon as counsel may be heard.

CLAYTON KIMOTO
Attorney at Law
733 Bishop Street, Makai Tower
Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988

Attorney for Defendant
DAWN GALARITA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00399 DAE |
| ) | |
| Plaintiff, ) | MOTION TO INCLUDE |
| ) | DEFENDANT'S QUESTIONS FOR |
| vs. ) | COURT'S GENERAL VOIR DIRE |
| ) | OF THE JURY |
| DAWN GALARITA (06), ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION TO INCLUDE DEFENDANT'S QUESTIONS
## FOR COURT'S GENERAL VOIR DIRE OF THE JURY

Comes now the defendant, DAWN GALARITA, through counsel,

Clayton Kimoto, and moves this Honorable Court pursuant to Federal Rule of

Criminal Procedure Rule 24(a) to include the attached questions in its general voir dire of the jurors in order that the defense may effectively exercise its challenges for cause and peremptory challenges. The court has an affirmative duty to pose questions which will elicit information above and beyond the level required to disqualify a juror for cause. See U.S. v. Washington, 819 F.2d 221, 224 (9th Cir. 1987).

DATED: Honolulu, Hawaii, March 6, 2006

_____
CLAYTON KIMOTO
Attorney for Defendant
DAWN GALARITA