IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00399 DAE |
| ) | |
| Plaintiff, ) | DEFENDANT'S QUESTIONS FOR |
| ) | COURT'S GENERAL VOIR DIRE |
| vs. ) | OF THE JURY |
| ) | |
| DAWN GALARITA,    (06), ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S QUESTIONS

DRUGS.

1. Have you, any family members, or friends known anyone who has used, been addicted to or sold drugs? If so, please state:

   (a). what was their relationship to you? U.S. v. Dennis, 786 F. 2d 1029 (11th Cir. 1986)

   (b) did the use of drugs affect your relationship with that person in any way.

2. Do you have any opinions or have you had any experiences with

regards to illegal drugs that would make it difficult for you to be an impartial juror on a case of this type? U.S. v. Casey, 835 F.2d 148 (7th Cir. 1987).

3.      Are there any of you that feel you have such strong views about drug laws that your own opinions may influence your ability to be a fair and impartial juror in a drug case? U.S. v. Bascaro, 742 F.2d 1335 (11th Cir. 1984).

4.      Are there any of you that feel so strongly about the drug laws that you do not feel that you could base your verdict solely on the evidence? Bascaro, 742 F.2d at 1335.

5.      Do any of you belong to support groups such as MADD, AA, ALANON, NA or any type of group which is concerned about the use of drugs or alcohol?

## PRESUMPTION OF INNOCENCE /REASONABLE DOUBT

1.      The Court has discussed the Presumption of Innocence, that is a person under our judicial system is presumed innocent at the start of the trial. On a scale of 1-10, 10 being the strongest, how strongly do you agree with this presumption?

2.      The Court has also discussed that the Government has the burden of finding the Defendant guilty beyond a reasonable doubt. On a scale of 1-10,

10 being the strongest, how strongly do you agree that the Government has this burden?

LAW ENFORCEMENT

1. Have you ever applied for a job or worked for a law enforcement agency, or in the security field? U.S. v. Dellinger, 472 F.2d 340 (7th Cir. 1972).

2. Do you have any relatives or friends who have applied with or work in law enforcement? U.S. v. Dellinger, 472 F.2d at 340.

3. Would any of you tend to give any greater weight or credibility, no matter how slight, to the testimony of a federal agent, police officer or prosecution witness merely because they are employees of, or are testifying on behalf of the government?

4. Would you give their testimony greater weight or credibility over that of the defendants or witnesses on their behalf? U.S. v. Baldwin, 607 F.2d 1295 (9th Cir. 1979).

5.  Are any of you, your family members, or friends employed by the federal government, including the United States Attorneys office? <u>U.S. v. Segal</u>, 534 F.2d 578 (3d Cir. 1976).

DATED: _March 8, 2006_____, Honolulu, Hawaii

By_____
CLAYTON KIMOTO

ATTORNEY for DAWN GALARITA