EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,              )<br>                                  )<br>     vs.                          )<br>                                  )<br>                                  )<br>DAWN R. GALARITA,        (06),   )<br>                                  )<br>                                  )<br>          Defendant.              )<br>_____ ) | CR. NO. 04-00399-06 DAE<br><br>UNITED STATES' RESPONSE TO<br>DEFENDANT'S MOTION IN LIMINE<br>RE: CO-DEFENDANT'S STATEMENT<br>AND VOUCHING<br><br>Date:   March 15, 2006<br>Time:   9:00 a.m.<br>Judge:  Hon. David A. Ezra |

<u>UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
IN LIMINE RE: CO-DEFENDANT'S STATEMENT AND VOUCHING</u>

The United States understands that vouching for its witnesses is improper and does not intend to do so.  The United States will present argument at the close of the presentation of all evidence.

The United States submits that the telephone conversations between defendant Dawn R. Galarita and Sham Vierra

that were intercepted during the Court authorized wiretap in Misc. No. 04-00148 HG are admissible as admissions by party opponent under Rule 801(d)(2)(A) of the Federal Rules of Evidence and as statements by a co-conspirator of a party during the course of and in furtherance of the conspiracy under Rule 801(d)(2)(E).  The United States submits that co-conspirator Sham Vierra will identify the conversations and the United States will have sufficient evidence through Mr. Vierra to establish a foundation for the admission of the intercepted telephone conversations.  The United States also submits that the Court has discretion under Rules 104(a) and (b) and 611(a) to allow the United States to present this evidence of the defendant's statements and a co-conspirator's statements without first requiring the United States to lay a step by step evidentiary foundation.

        DATED: March 13, 2006, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        By /s/ Thomas Muehleck
                            THOMAS MUEHLECK
                            Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Clayton K. Kimoto, Esq.  March 13, 2006
733 Bishop St., Suite 2302
Honolulu, HI 96813

  Attorney for Defendant
  Dawn R. Galarita

/s/ Rowena N. Kang