EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00399-06 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' RESPONSE TO |
| vs. | ) | DEFENDANT'S MOTION TO INCLUDE |
| | ) | QUESTIONS FOR COURT'S |
| | ) | GENERAL VOIR DIRE |
| DAWN R. GALARITA,    (06), | ) | |
| | ) | |
| | ) | Date:  March 15, 2006 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. David A. Ezra |

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
TO INCLUDE QUESTIONS FOR COURT'S GENERAL VOIR DIRE

The United States submits that the questions posed by the defense are already covered by the Court in its general voir dire.

DATED: March 13, 2006, at Honolulu, Hawaii.

                     EDWARD H. KUBO, JR.
                     United States Attorney
                     District of Hawaii


By /s/ Thomas Muehleck
   THOMAS MUEHLECK
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Clayton K. Kimoto, Esq.                March 13, 2006
733 Bishop St., Suite 2302
Honolulu, HI 96813

   Attorney for Defendant
   Dawn R. Galarita

                                    /s/ Rowena N. Kang