# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/13/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      CR 04-00399DAE

CASE NAME:        USA v. (06) Dawn R. Galarita

ATTYS FOR PLA:    Thomas Muehleck

ATTYS FOR DEFT:   (06) Clayton K. Kimoto

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    3/13/06                  TIME:       10:43 - 10:46

COURT ACTION:  EP: A & P to Second Superseding Indictment as to (06) Dawn R. Galarita - deft present on bail.  Arrn waived.  Plea of NOT GUILTY entered.

New dates given:
JS/JT 4-18-06 @ 9 a.m., DAE
FPT 3-20-06 @ 10 a.m., BMK
Motions due 4-3-06
Response due 4-7-06

Muehleck to prepare order excluding time from 3-15-06 thru 4-18-06 for continuity of counsel and to allow defense counsel adequate time to prepare for trial.

Bail to continue.

Submitted by Richlyn Young, courtroom manager