EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00399-06 DAE |
|  | ) |
| Plaintiff, | ) ORDER GRANTING DEFENDANT'S ORAL |
|  | ) MOTION TO CONTINUE TRIAL AND |
| vs. | ) EXCLUDING TIME |
|  | ) |
| DAWN R. GALARITA, (06), | ) |
|  | ) |
| Defendant. | ) |

ORDER GRANTING DEFENDANT'S ORAL MOTION
TO CONTINUE TRIAL AND EXCLUDING TIME

On March 13, 2006, defendant appeared for arraignment and plea to the second superseding indictment returned on March 9, 2006.  Trial had already been scheduled for March 15, 2006. The defendant, Dawn R. Galarita, through counsel, orally moved to exercise her right under Title 18, United States Code, Section 3161(c)(2) to continue the trial thirty days.

The Court, upon consideration of the arguments of counsel, and in order to ensure continuity of counsel for the defendant, to ensure the defendant has adequate time to prepare, and to preserve defendant's right to continue trial for 30 days, continues trial from March 15 to April 18, 2006.

The Court finds that the ends of justice served by granting defendant Galarita's request to continue outweigh the best interest of the public and the defendant in a speedy trial and that failure to grant a continuance would deny defendant Galarita continuity of counsel and adequate time to prepare. Therefore, the time from March 15, 2006 to and including April 18, 2006, is excluded from computation under the Speedy Trial Act. A final pretrial conference will be held before Magistrate Barry M. Kurren at 10:00 a.m., March 20, 2006.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated:  March 15, 2006

United States v. Dawn R. Galarita
Cr. No. 04-00399-06 DAE
Order Granting Defendant's Oral Motion
to Continue Trial and Excluding Time