# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00399DAE |
| CASE NAME: | USA v. (06) Dawn R. Galarita |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (06) Clayton K. Kimoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/20/2006 | TIME: | 10:06 - 10:12 |

COURT ACTION:  EP: Final Pretrial Conference as to (06) Dawn R. Galarita - deft's presence waived.

**CRIMINAL FINAL PRETRIAL CONFERENCE** - court to prepare order.

Jury Trial before Judge David Alan Ezra on April 18, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 2 days
Defendant: (06) Dawn R. Galarita - 1 day

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made to Defendant (06) Dawn R. Galarita

1. <u>Fed. R. Evid. 404(b)</u> : March 24, 2006
2. a. Motions in Limine filed and served by  March 29, 2006.
   b. Memoranda in opposition to motions in limine filed and served by April 3, 2006.
3. <u>Brady and Giglio Material</u> by: March 29, 2006
4. a. Jury Instructions exchanged by March 29, 2006.
   d. Filings required by 4(b) & (c) by April 5, 2006.
5. <u>Witness Lists</u> per stipulation by April 11, 2006.
6. <u>Exhibits</u>
   a. Parties will exchange exhibits.

        b.    Original exhibits tabbed and in binders, copy in binders.
7. <u>Stipulations</u>: In writing and filed by April 11 2006.
8. <u>Voir Dire Questions</u>: In writing by April 11 2006.
9. <u>Trial Briefs</u>: by April 11 2006.
10. <u>Jencks Disclosures</u> USA does not agree to make disclosure of witness statements pursuant to the Jencks Act, 18:3500, before trial.
11. <u>Other Matters</u>:
12. N/A

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager

CR 04-00399DAE;
USA v. (06) Dawn R. Galarita;
Final Pretrial Conference Minutes
3/20/2006