AO 83 (Rev. 12/85) Summons in a Criminal Case      ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 1 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: **CR 04-00399 DAE** |

**DAWN R. GALARITA (06)**
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Barry M. Kurren, United States Magistrate Judge | Date and Time<br>MARCH 13, 2006 , 10:30 AM |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 841(a)(1), 843(b); Title 18 United States Code, Sections 2232(a), 1956 (a)(1)(B)(I) and 2.

Brief description of offense:
Count 1: Conspiracy to distribute and to possess with intent to distribute methamphetamine, a Schedule II controlled substance
Count 2 and 3: Use Communications Facility to possess with intent to distribute methamphetamine, a Schedule II controlled substance
Count 4: 18 USC 2232 (a) and 2   Removal of Property to Prevent Seizure
Count 5: 18 USC 1956 (a)(1)(B)(i) and 2   Money Laundering - Interstate Commerce

2006 MAR 10 AM 9:51
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

Postage $
Certified Fee
Return Reciept Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Postmark Here

3/10/06

Sent To
Dawn Galarita
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

_____
MARCH 10, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                                         CR 04-00399 DAE

---

### RETURN OF SERVICE

Service as made by me on:[1]                                        Date

---

#### Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
    Name of person with whom the summons was left: _____

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____          _____Mark M . Hanohano_____
                   Date                         Name of United States Marshal


                                            _____
                                            (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Dawn Galarita
    3500 LwR Honoapiilani
    16E
    Lahaina, Maui 96761

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _S. Ricketts_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   S. Ricketts                   3-11-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 1680 0006 9105 6105

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540