# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/29/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00399DAE |
| CASE NAME: | U.S.A. Vs. (06) Dawn R. Galarita |
| ATTYS FOR PLA: | Mark Inciong for Thomas Muehleck |
| ATTYS FOR DEFT: | (06) Clayton K. Kimoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6-FTR-10:33:29 |
| DATE: | 3/29/2006 | TIME: | l0:36am-l0:51am |

COURT ACTION: EP: Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to Defendant (06) Dawn R. Galarita-Defendant present not in Custody.

Defendant Sworn in.

Court questions the defendant.

Consent to Rule 11 Plea in a Felony Case before U.S. Magistrate Judge signed and filed.

Memorandum of Plea Agreement signed and filed.

Defendant enters a Plea of Guilty as to Count 4 of the Second Superseding Indictment.

Court accepts the Guilty Plea and recommends the Defendant be adjudged Guilty as to Count 4 of the Second Superseding Indictment.

Defendant referred to the Probation Office for the preparation of the presentence report.

Sentence set for 9/18/2006 @3:00 p.m. before Judge Ezra.

Defendant to continue on present bail previously set.

Submitted by Leslie L. Sai, Courtroom Manager