Clayton Kimoto 4791
Attorney at Law
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: (808) 536-4456
Facsimile: (808) 536-4988



Attorney for Defendant
DAWN GALARITA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>DAWN GALARITA, )<br>  )<br>Defendant. )<br>  )<br>  )<br>  )<br>  ) | CR. NO. 04-00399 DAE-06<br><br>DEFENDANT'S SENTENCING<br>STATEMENT and CERTIFICATE OF<br>SERVICE<br><br>DATE: 9/18/06<br>TIME: 3:00 P.M.<br>JUDGE: DAVID ALAN EZRA |

**DEFENDANT'S SENTENCING STATEMENT**

On the face page of the Presentence Investigation Report (Report), for Count 4, the title of 18 U.S.C. §§ 2232(a) is "DESTRUCTION OR REMOVAL OF PROPERTY TO PREVENT SEIZURE' rather than "TRANSFER OF OWNERSHIP TO PREVENT SEIZURE OF PROPERTY'. On page 2 concerning Dawn's mailing address, her mailing address is P.O. Box 1204, Lahaina 96761. Continuing to paragraph 14, the vehicles were never transferred. For paragraph 43, the following additions in bold are suggested for the sentence beginning in line 3 with the words "In addition...". **In addition, she had right**

ORIGINAL

2

shoulder surgery on 9/22/04, **shoulder surgery on 6/30/05, gall bladder removal on 6/5/06**, was treated for Temporal Mandibular Disorder in December 2004, and had her appendix removed in March **31**, 2006. Lastly, concerning paragraph 62, the special assessment was paid in full.

DATED: Honolulu, Hawaii, August 9, 2006

CLAYTON KIMOTO
Attorney for Defendant
DAWN GALARITA

1

## CERTIFICATE OF SERVICE

I, CLAYTON KIMOTO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on August 9, 2006

THOMAS MUEHLECK
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

ROSANNE T. DONOHOE
U.S. PROBATION OFFICER
PJKK Federal Building
300 Ala Moana Boulevard,
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, August 9, 2006.

_____
CLAYTON KIMOTO
Attorney for Defendant
DAWN GALARITA