# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/08/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00399DAE |
| CASE NAME: | USA v. (06)Dawn R. Galarita |
| ATTYS FOR PLA: | Mike Kawahara |
| ATTYS FOR DEFT: | (06)Clayton K. Kimoto |
| USPO: | Rosanne Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 11/08/2006 | TIME: | 9:00am-9:10am<br>2:30pm-3:20pm |

COURT ACTION: EP: Sentencing to Count 4 of the Second Superseding Indictment as to Defendant (06)Dawn R. Galarita.

Defendant (06)Dawn R. Galarita present, not in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (06)Dawn R. Galarita.

SENTENCE:

Imprisonment:   TIME SERVED

Supervised Release:   1 YEAR

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

Special Assessment: $100.00. No fine.

Defendant advised of her right to appeal.

Government's Oral Motion to Dismiss All Remaining Counts as to this Defendant Only - GRANTED.

Submitted by: Theresa Lam, Courtroom Manager