```
 1   245E-HN-17683-EL1B
 2   Date:      8/23/2004
 3   Time:      19:41:22
 4   Session:   144778
 5   JDR:clc
 6
 7
 8
 9
10        DG - Dawn Galarita
11        SV - Sham Vierra
12        UI - Unintelligible
13
14
15
16   DG:  Hello.
17
18   SV:  What, what you like?
19
20   DG:  What I like?
21
22   SV:  Fuck, you went call, what you like?
23
24   DG:  I calling 'cause you never call me back the other night.
25
26   SV:  Oh, I was supposed to call you back?  The other night I was
27        supposed to call you back.  What night was that?
28
29   DG:  When you was babysitting.
30
31   SV:  Nah.  Uh, eh, you get all my papers eh?
32
33   DG:  Yeah.
34
35   SV:  (UI) all my car papers, you know the ownership, you get 'em
36        eh?
37
38   DG:  Yeah.
39
40   SV:  What (UI), the, what get, the BMW, the motorcycle, my green
41        truck, (UI).
42
43   DG:  Let me look.  Why, you getting rid of your Beamer?
44
45   SV:  I got caught.
46
47   DG:  Huh?
48
49   SV:  I got caught Saturday night.
50
```



EXHIBIT 1

245E-HN-17683                          2

```
51  DG:  You got what?
52
53  SV:  I got caught, I said.
54
55  DG:  Oh shit.
56
57  SV:  (UI).  I cannot have these cars under me, they going impound
58       everything.  It's federal that's why, not state.
59
60  DG:  I have a Honda.
61
62  SV:  Honda?
63
64  DG:  What is that PCMC?  What is that?  And get the BMW.
65
66  SV:  (UI).
67
68  DG:  I don't know, it says, doesn't say what it is.  (UI), one
69       '94 PCMC.
70
71  SV:  Is not one Dodge Neon, whatever?
72
73  DG:  No.  And then get the Beamer, and.
74
75  SV:  Get the Ford truck too?
76
77  DG:  Get your boat trailer.  And.
78
79  SV:  (UI) the jet ski then probably?  I don't know.
80
81  DG:  Yeah.  And your truck.
82
83  SV:  What trailer?
84
85  DG:  Just boat trailer.
86
87  SV:  (UI) the boat trailer.  Okay, it's the.
88
89  DG:  Yeah.
90
91  SV:  Whatever, it's one uh, it's not one Kawasaki?  The jet ski,
92       the other one you talking about?
93
94  DG:  Uh, maybe.
95
96  SV:  (UI).
97
```

245E-HN-17683                          3

| | | |
|---|---|---|
| 98 | DG: | And then the, and then your truck. |
| 100 | SV: | What truck? |
| 102 | DG: | The green one. |
| 104 | SV: | What else get? |
| 106 | DG: | That's all. |
| 108-109 | SV: | How much, how much ownership paper you get there, three or four? |
| 111 | DG: | Four. |
| 113 | SV: | With the Honda, with the jet ski that, whatever. |
| 115 | DG: | Yeah. |
| 117 | SV: | Where you going be later on? |
| 119 | DG: | I going be home. I not going nowhere. |
| 121-122 | SV: | Maybe later on I gotta pick that up 'cause I going, I gotta sign 'em all off to my kids, sign 'em all over. |
| 124 | DG: | Oh. |
| 126 | SV: | That's what I gotta do. |
| 128 | DG: | Okay. I'll be here. |
| 130 | SV: | (UI) just kicking back. Fucking (UI). |
| 132 | DG: | Mm. |
| 134 | SV: | Fuck, (UI). |
| 136 | DG: | So what now? |
| 138 | SV: | Fucking what now? |
| 140 | DG: | Now what gonna happen? |
| 142-144 | SV: | (UI), I go fucking prison. (UI) I get chance for (UI). I gotta get, I gotta get one lawyer. (UI) the best to do is get (UI). It's federal this, it's not state eh. |

245E-HN-17683                              4

```
145  DG:  Oh.
146
147  SV:  That's why it's fucked.  They never arrest me that night.  I
148       don't know why I never get arrested.  They tell me, brah,
149       most guys get arrested for the amount.  I had one fuck, I
150       had one big amount (UI).
151
152  DG:  Oh.
153
154  SV:  (UI) get arrested for one fucking ounce, or two ounce, they
155       going fucking straight to jail.  You know what I mean?
156
157  DG:  Right.
158
159  SV:  (UI) straight Honolulu (UI).
160
161  DG:  Right.
162
163  SV:  They never do that to me.
164
165  DG:  When was that though?  When I talked to you?
166
167  SV:  Saturday night, that night.  Was Saturday night.
168
169  DG:  The night you left my house?  Oh no, that was Friday night
170       you was here.
171
172  SV:  Saturday night.  That's (UI) night.  1:30 in the morning,
173       they pound the fucking doors down.
174
175  DG:  For real?
176
177  SV:  Lucky I no was home my house.  If I was home my house, boy
178       everybody come down each breakfast eh, all the gang.
179
180  DG:  Mm.
181
182  SV:  Oh, we would have been fucked, you know that.
183
184  DG:  Shit.
185
186  SV:  Maybe if I get time, I, I stop by.  Yeah, I'll call before I
187       come by.
188
189  DG:  (UI).
190
```

245E-HN-17683                           5

```
191  SV:   (UI) after 10, no worry, just go sleep.  Right now is almost
192        8 so, if I get time by then maybe I stop by.
193
194  DG:   Well I the kine, I, uh, I off tomorrow so.
195
196  SV:   (UI) fucking.  What, you off tomorrow?
197
198  DG:   I gotta go court that's why.
199
200  SV:   Where, Wailuku?
201
202  DG:   Yeah.
203
204  SV:   What time your court?
205
206  DG:   8:00.
207
208  SV:   What time you leave home?
209
210  DG:   Probably leave by like 7, before 7.
211
212  SV:   Oh, if I no catch you, just grab the, if I no get in touch
213        with you tonight.
214
215  DG:   Mm.
216
217  SV:   Grab the fucking thing and give me one call.  'Cause I gotta
218        go Wailuku 9:30. that's why.
219
220  DG:   Okay.
221
222  SV:   That's why.
223
224  DG:   Mm, okay.
225
226  SV:   I gotta meet somebody.
227
228  DG:   Okay.
229
230  SV:   Let me see, whatever.  But if going be like after 10, I not
231        coming.  If stay before 10, I might stop by.  (UI).
232
233  DG:   Okay.
234
235  SV:   Okay?
236
237  DG:   Well, I'll be here, I'll be up for awhile so.
```

245E-HN-17683                              6

```
238   SV:   Okay then.
239
240   DG:   I have some shit to do.
241
242   SV:   Okay, thanks eh.
243
244   DG:   Yeah.
245
246   SV:   See you.
247
248   DG:   Okay.  Bye.
249
250   SV:   Okay, bye.
251
252         END OF TRANSCRIPT
```