```
 1  245E-HN-17683-EL1B
 2  Date:      8/24/2004
 3  Time:      10:39:35
 4  Session:   144839
 5  JDR:clc
 6
 7
 8
 9
10       DG - Dawn Galarita
11       SV - Sham Vierra
12       UI - Unintelligible
13
14
15
16  DG:  Hello.
17
18  SV:  What?
19
20  DG:  Uh, I get your papers.
21
22  SV:  Hang on to 'em, fuck, I gotta, I gotta go, go to one FBI
23       office right now.
24
25  DG:  You gotta go where?
26
27  SV:  FBI office.
28
29  DG:  Oh shit.
30
31  SV:  It's all fucked.
32
33  DG:  Okay.
34
35  SV:  I gotta get me one lawyer.  One lawyer going (UI), gonna go
36       (UI) with me, one lawyer eh.
37
38  DG:  Mm.
39
40  SV:  I never like that but I, (UI) phone if I had one lawyer, it
41       was like, what?  I gotta go to one office, talk to the (UI),
42       one fucking whatever, one FBI agent.
43
44  DG:  Oh.
45
46  SV:  I just hope (UI) jail today.
47
48  DG:  I went fill out like as much as I could and then.
49
50  SV:  On what?
```

EXHIBIT 2

245E-HN-17683                                 2

```
51
52  DG:    Uh, for the papers eh, for you sign 'em over to your kids.
53         Like the address and whatever, where you need to sign.
54
55  SV:    Oh yeah?
56
57  DG:    Yeah.
58
59  SV:    I just, I just gotta sign.  Where I gotta sign my name?
60
61  DG:    You gotta, you gotta just sign your name and then you gotta
62         have your, where, who you going give 'em, put 'em under.
63         Your daughter?
64
65  SV:    I put 'em my my, my daughter and my son.
66
67  DG:    Oh.  They just, they gotta sign off too and then you gotta
68         put their address and.  You gotta turn in one portion and
69         then they gotta just bring 'em in and.
70
71  SV:    Why they gotta turn in one portion, what portion they gotta
72         turn in?  The top portion you telling me eh?
73
74  DG:    The, yeah, the top portion, saying that.
75
76  SV:    (UI).
77
78  DG:    You transferring it.
79
80  SV:    I no gotta do that though eh?
81
82  DG:    All you gotta do is drop 'em off.
83
84  SV:    That's only for my protection actually that, right?  (UI).
85
86  DG:    Right.
87
88  SV:    (UI) to today, (UI) whatever seven days, I not liable if
89         anything happen eh?  right?
90
91  DG:    Right.  But even if you put the transfer date as of like
92         last week, you know what I mean, before, before all this
93         happened.
94
95  SV:    Yeah.  (UI) I don't know (UI).
96
```

245E-HN-17683                                    3

```
 97  DG:  Then it's, you know what I mean?  So you no put 'em like
 98       now, then going be obvious.  You know what I mean?
 99
100  SV:  I just throw away the top part, fuck, I no turn 'em in.
101
102  DG:  But.
103
104  SV:  I hope my kids no fuck me over.  (Laughter).
105
106  DG:  But um, yeah, I gotta go back Wailuku by this afternoon
107       bring my son for his braces so.  I'll be around though.
108
109  SV:  I going be there all fucking day.  I going (UI).  (UI) back
110       home right now but (UI) this morning, I got to talk to my
111       lawyer, and he told me no meet 'em.
112
113  DG:  Oh.
114
115  SV:  If he cannot do nothing then, fuck, end up. My lawyer went
116       call him and then he went call me back, but he's not
117       supposed to call me back.
118
119  DG:  Oh.
120
121  SV:  He tell me, oh brah, you get one lawyer named Vicky (UI)?  I
122       tell him, yeah yeah yeah.  If you no mind, I sit down talk
123       to you with her then, you know what I mean.  I no like hang
124       my fucking self, I told 'em.
125
126  DG:  (UI).
127
128  SV:  Oh no no no, he said, oh, no problem, we can do that.  Then
129       he, my lawyer call me, she goes, oh Sham, we meeting with
130       Kubo's boss, at the FBI office.  I never know Wailuku had
131       one fucking FBI office.  Oh my goodness.  I said, what?
132
133  DG:  Aye.
134
135  SV:  So I gotta meet (UI) at (UI) to one office.
136
137  DG:  Oh.
138
139  SV:  (UI).
140
141  DG:  Well I going be in Wailuku at 1:30 so (chuckle).
142
143  SV:  I'll see what happen from there.  I don't (UI).
```

```
     245E-HN-17683                    4

144  DG:  Okay.
145
146  SV:  (UI).
147
148  DG:  Well, give me a call later then.
149
150  SV:  Yeah, okay.
151
152  DG:  Okay.
153
154  SV:  Thanks eh.  Yeah, goodbye.
155
156  DG:  Mm, bye.
157
158       END OF TRANSCRIPT
```