Transfer as of 6/18/04 - Prior to seizure

Ownership Papers

- machine being financed, can't be taken as owner is the company.

STATE OF HAWAII
DEPT OF FINANCE, Motor Vehicle + Licensing
1580 A KAAHUMANU AVE
WAILUKU, HI 96793

**EXHIBIT 3**

SELLER REQUIRED TO SUBMIT THIS FORM TO THE DEPARTMENT WITHIN 10 DAYS OF SALE. FINE $100.00.

## NOTICE OF TRANSFER

LICENSE NUMBER: **MXF568**

MXF568-03

MAKE **BMW**    TYPE **4DSD**

VEHICLE IDENTIFICATION NUMBER  **WBAHC2303KBE23597**

DATE OF TRANSFER _____

YOU ARE HEREBY NOTIFIED THAT I(WE), THE UNDERSIGNED OWNER(S) OF THE MOTOR VEHICLE DESCRIBED ABOVE, SOLD OR TRANSFERRED MY(OUR) INTEREST IN SAID MOTOR VEHICLE TO A NEW OWNER.

PRINT NAME OF NEW OWNER X

PRINT ADDRESS OF NEW OWNER X

CITY **LAHAINA**     STATE **HI**     ZIP CODE **96761**

SIGNATURE OF TRANSFEROR(S) OR SELLER(S): 

ADDRESS OF TRANSFEROR(S) OR SELLER(S): **1381-B FRONT ST LAHAINA, HI 96761**

DETACH BEFORE GIVING TITLE TO NEW OWNER    DF-L-53

---

### Certificate of Title
County of Maui

LICENSE NUMBER: MXF568

MAKE: BMW    TYPE: 4DSD    DATE ISSUED: 09-05-2003    EMBLEM NO: M34563

VEHICLE IDENTIFICATION NUMBER: WBAHC2303KBE23597    TAX ON 12 MOS

WEIGHT: 3540    YEAR MODEL: 89    DATE SOLD NEW: 10-09-89

TCI: MXF568-03

REGISTERED OWNER(S) & ADDRESS:
VIERRA, SHAN K
1381-B FRONT ST
LAHAINA HI 96761

SAFETY CHECK EXPIRES: NOV 2003    TOTAL PAID: 120.80

THIS CERTIFICATE IS EVIDENCE OF RECORDED OWNERSHIP OF MOTOR VEHICLE DESCRIBED. KEEP THIS IN A SAFE PLACE. DO NOT KEEP IN VEHICLE. REGISTERED OWNER ABOVE IS ALSO LIENHOLDER WHEN LIENHOLDER'S NAME IS NOT TYPED IN. WHEN VEHICLE IS SOLD, MORTGAGED, ETC., THIS INSTRUMENT PROPERLY ENDORSED MUST BE PRESENTED TO THE DEPARTMENT BEFORE OWNERSHIP TRANSFER CAN BE RECORDED. ANY UNOFFICIAL ERASURES OR ALTERATIONS WILL VOID THIS CERTIFICATE.

LIENHOLDER:

SAME

M03

M088510

M34563

#### SECTION A — ASSIGNMENT OF TITLE BY SELLER

IF REGISTERED OWNER(S) AND LIENHOLDER ARE SAME, SIGNATURE(S) RELEASING REGISTERED OWNERSHIP ALSO RELEASES LIEN TO VEHICLE. TO RETAIN A LIEN ON THE VEHICLE, REGISTERED OWNER(S) MUST COMPLETE NEW LIENHOLDER PORTION (SECTION E) ON REVERSE SIDE OF THIS CERTIFICATE.

THE ODOMETER READING AT LAST TRANSFER WAS **46000**

FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE ODOMETER STATEMENT OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT. I CERTIFY TO THE BEST OF MY KNOWLEDGE THAT THE ODOMETER READING IS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED.

ODOMETER READING _____ (NO TENTHS)

CHECK IF APPLICABLE
[ ] 1. THE MILEAGE READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.
[ ] 2. THE ODOMETER READING IS NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY.

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY TRANSFERS THE MOTOR VEHICLE DESCRIBED ON THIS CERTIFICATE TO THE BUYER WHOSE NAME AND ADDRESS IS PRINTED IN SECTION C OR D AND WARRANTS IT TO BE FREE OF ALL LIENS AND ENCUMBRANCES EXCEPT AS STATED IN SECTION E.

NOTE: SELLER MUST COMPLETE NOTICE OF TRANSFER FORM ABOVE. FINE $100.00

_Shan K Vierra_

DATE OF TRANSFER    PRINTED NAME AND SIGNATURE OF SELLER. IF FIRM, PRINTED NAME, TITLE AND SIGNATURE OF AUTHORIZED PERSON.

DATE OF TRANSFER    PRINTED NAME AND SIGNATURE OF JOINT SELLER IF HELD IN JOINT OWNERSHIP.

BEING DULY SWORN UPON OATH, SAYS THAT THE STATEMENTS SET FORTH ARE TRUE AND CORRECT. SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 20___

MY COMMISSION EXPIRES _____ (AFFIX SEAL)

(NOTARY PUBLIC OR OTHER OFFICER HAVING SEAL)

NOTE: NOTARIZATION OF SELLER'S SIGNATURE(S) IS OPTIONAL. HOWEVER, NOTARIZATION WILL PREVENT REJECTION FOR IRREGULAR SIGNATURE(S) UPON COMPARISON WITH THE SIGNATURE(S) ON FILE OR FOR SIGNATURE VERIFICATION WHEN TRANSFER IS RECORDED IN ANOTHER COUNTY.

sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Division and not constitute validation for transfer of ownership. TO REMOVE YOUR NAME FROM THE DIVISION'S RECORD, THE BUYER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE AND REGISTRATION RECEI FROM YOU. When the information contained in this form is recorded by the Motor Vehicle Office (see WARNING below), liab for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibil of the subsequent purchaser(s). Notification must be made on this official form within TEN DAYS from the date of transfer sale. Penalty for failure to comply is a fine up to $100. Deliver properly endorsed Certificate of Title and validated Certifica of Registration to new owner or buyer. **MAKE PROMPT NOTIFICATION, PROTECT YOURSELF FROM ANY POSSIBL LIABILITY.**

### INSTRUCTIONS FOR COMPLETING THIS FORM

**WARNING:** ANY INCOMPLETE, INACCURATE OR ILLEGIBLE INFORMATION WILL PREVENT THE RECORDING OF TH INFORMATION CONTAINED IN THE NOTICE AND RESULT IN NON-COMPLIANCE WITH THE LAW.

1. This form is for registered owner transfers only. Do not submit for lienholder (legal owner) transfers.
2. Enter date you sold or transferred the described vehicle.
3. PRINT new owner's name and new owner's complete address on the appropriate lines.
4. Write your signature immediately below the new owner's address line.
5. PRINT your complete address below your signature.

MAIL COMPLETED NOTICE OF TRANSFER TO: Department of Finance, Motor Vehicles and Licensing, 1580-A Kaahumar Avenue, Wailuku, Hawaii 96793-2582

### SECTION B - RELEASE OF LIEN

THE HOLDER OF LIEN ON THE VEHICLE DESCRIBED ON THIS CERTIFICATE DOES HEREBY STATE THAT THE LIEN DESCRIBED IN SAID CERTIFICATE OF TITLE IS RELEASED AND DISCHARGED.

BY

(Lienholder Stamp)                    Printed Name and Title of Authorized Person

                                      (Authorized Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 20__
MY COMMISSION EXPIRES _____
(AFFIX SEAL)
(NOTARY PUBLIC OR OTHER OFFICER HAVING SEAL)

**NOTE: SIGNATURE NOTARIZATION NOT REQUIRED IF AUTHORIZED SIGNATURE ON FILE. SECTION E MUST BE COMPLETED TO TRANSFER OR REMOVE LIENHOLDER.**

### SECTION C - RE-ASSIGNMENT BY DEALER

FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNER SHIP. FAILURE TO COMPLETE ODOMETER STATEMENT, OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT. THE UNDERSIGNED DEALER HEREBY CERTIFIES THAT THE VEHICLE DESCRIBED ON THIS TITLE HAS BEEN TRANSFERRED TO THE BUYER WHOSE NAME AND ADDRESS IS PRESENTED IN SECTION D AND I CERTIFY TO THE BEST OF MY KNOWLEDGE THAT THE ODOMETER READING IS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED.

ODOMETER READING [ | | | | | | ] (NO TENTHS)

**CHECK IF APPLICABLE**
☐ 1. THE MILEAGE READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.
☐ 2. THE ODOMETER READING IS NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY

I AM AWARE OF THE ODOMETER CERTIFICATION MADE BY THE SELLER(S) IN SECTION A.

PRINTED FIRM NAME _____

PRINTED FIRM ADDRESS _____

PRINTED NAME AND TITLE OF AUTHORIZED PERSON _____

AUTHORIZED SIGNATURE _____ DATE OF TRANSFER _____

### SECTION D - APPLICATION FOR TRANSFER BY NEW REGISTERED OWNER(S)

Any change of Registered Owner must be recorded with the Department within 30 days by presenting the CERTIFICATE OF TITLE properly endorsed, last issued CERTIFICATE OF REGISTRATION, and current CERTIFICATE OF VEHICLE INSPECTION. After 30 days PENALTY FEE for LATE TRANSFER OF REGISTERED OWNERSHIP will be $50.00.

I/WE HEREBY ACKNOWLEDGE THE ODOMETER CERTIFICATION MADE BY THE SELLER(S) IN SECTION A OR C. NEW REGISTERED OWNER(S) MUST PRINT AND SIGN ON THE LINES PROVIDED BELOW.

1.
(PRINT)     LAST NAME        FIRST NAME        MIDDLE INITIAL    PURCHASE DATE
2.
(PRINT)     LAST NAME        FIRST NAME        MIDDLE INITIAL    PURCHASE DATE
3.
STREET OR P.O. BOX ADDRESS        CITY              STATE         ZIP CODE
4. X
PRINTED NAME AND SIGNATURE OF NEW REGISTERED OWNER. IF FIRM, PRINTED NAME, TITLE AND SIGNATURE OF AUTHORIZED PERSON.
5. X
PRINTED NAME AND SIGNATURE OF NEW JOINT REGISTERED OWNER, IF HELD IN JOINT OWNERSHIP.

### SECTION E - APPLICATION FOR TRANSFER BY NEW LIENHOLDER

If no lien, where new registered and lienholder are same, write "NONE" on line E 1 below. **If this section is not completed, the lienholder shall be the same as the new registered owner. SECTION E MUST BE COMPLETED TO TRANSFER OR REMOVE LIENHOLDER.**

1.
PRINT/TYPE NEW LIENHOLDER
2.
STREET OR P.O. BOX ADDRESS        CITY              STATE         ZIP CODE
3. X
PRINTED NAME AND SIGNATURE OF NEW LIENHOLDER. IF FIRM, PRINTED NAME, TITLE AND SIGNATURE OF AUTHORIZED PERSON.
4. X
PRINTED NAME AND SIGNATURE OF NEW JOINT LIENHOLDER, IF HELD IN JOINT OWNERSHIP.

SELLER REQUIRED TO SUBMIT THIS FORM TO THE DEPARTMENT WITHIN 10 DAYS OF SALE. FINE $100.00.

## NOTICE OF TRANSFER

LICENSE NUMBER: 204MVC

204MVC-03

MAKE: HOND   TYPE: PCMC
VEHICLE IDENTIFICATION NUMBER: JH2RD0605RM100966
DATE OF TRANSFER: _____

YOU ARE HEREBY NOTIFIED THAT I(WE), THE UNDERSIGNED OWNER(S) OF THE MOTOR VEHICLE DESCRIBED ABOVE, SOLD OR TRANSFERRED MY(OUR) INTEREST IN SAID MOTOR VEHICLE TO A NEW OWNER.

PRINT NAME OF NEW OWNER: X
PRINT ADDRESS OF NEW OWNER: X
CITY: Lahaina   STATE: HI   ZIP CODE: 96761
SIGNATURE OF TRANSFEROR(S) OR SELLER(S): [signature]
ADDRESS OF TRANSFEROR(S) OR SELLER(S): 1381-B FRONT ST. LAHAINA, HI 96761

**DETACH BEFORE GIVING TITLE TO NEW OWNER**   DF-L-53

---

### Certificate of Title
County of Maui

LICENSE NUMBER: 204MVC
MAKE: HOND   TYPE: PCMC   DATE ISSUED: 10-17-2003   EMBLEM NO: M50640
VEHICLE IDENTIFICATION NUMBER: JH2RD0605RM100966   TAX ON 12 MOS
WEIGHT: 400   YEAR MODEL: 94   DATE SOLD NEW: 11-19-93
REGISTERED OWNER(S) & ADDRESS:
VIERRA, SHAM K
1381-B FRONT ST
LAHAINA, HI 96761

SAFETY CHECK EXPIRES: OCT 2003
TOTAL PAID: 59.00

LIENHOLDER: SAME

M093846   M03

### SECTION A — ASSIGNMENT OF TITLE BY SELLER   M50640

IF REGISTERED OWNER(S) AND LIENHOLDER ARE SAME, SIGNATURE(S) RELEASING REGISTERED OWNERSHIP ALSO RELEASES LIEN TO VEHICLE. TO RETAIN A LIEN ON THE VEHICLE, REGISTERED OWNER(S) MUST COMPLETE NEW LIENHOLDER PORTION (SECTION E) ON REVERSE SIDE OF THIS CERTIFICATE.

THE ODOMETER READING AT LAST TRANSFER WAS: 20837

FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE ODOMETER STATEMENT OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT. I CERTIFY TO THE BEST OF MY KNOWLEDGE THAT THE ODOMETER READING IS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED:

ODOMETER READING: _____ (NO TENTHS)

CHECK IF APPLICABLE
[ ] 1. THE MILEAGE READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.
[ ] 2. THE ODOMETER READING IS NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY TRANSFERS THE MOTOR VEHICLE DESCRIBED ON THIS CERTIFICATE TO THE BUYER WHOSE NAME AND ADDRESS IS PRINTED IN SECTION C OR D AND WARRANTS IT TO BE FREE OF ALL LIENS AND ENCUMBRANCES EXCEPT AS STATED IN SECTION E.

NOTE: SELLER MUST COMPLETE NOTICE OF TRANSFER FORM ABOVE. FINE $100.00

Sham K. Vierra
DATE OF TRANSFER   PRINTED NAME AND SIGNATURE OF SELLER. IF FIRM, PRINTED NAME, TITLE AND SIGNATURE OF AUTHORIZED PERSON

DATE OF TRANSFER   PRINTED NAME AND SIGNATURE OF JOINT SELLER, IF HELD IN JOINT OWNERSHIP

BEING DULY SWORN UPON OATH SAYS THAT THE STATEMENTS SET FORTH ARE TRUE AND CORRECT.
SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 20___.
MY COMMISSION EXPIRES: _____   (AFFIX SEAL)
(NOTARY PUBLIC OR OTHER OFFICER HAVING SEAL)

NOTE: NOTARIZATION OF SELLER'S SIGNATURE(S) IS OPTIONAL. HOWEVER, NOTARIZATION WILL PREVENT REJECTION FOR IRREGULAR SIGNATURE(S) UPON COMPARISON WITH THE SIGNATURE(S) ON FILE OR FOR SIGNATURE VERIFICATION WHEN TRANSFER IS RECORDED IN ANOTHER COUNTY.

**IMPORTANT NOTICE**

You are required by law (Section 286-52, Hawaii Revised Statutes) to immediately notify the Motor Vehicle Office when you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Division and does not constitute application for transfer of ownership. TO REMOVE YOUR NAME FROM THE DIVISION'S RECORD, THE NEW BUYER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE AND REGISTRATION RECEIVED FROM YOU. When the information contained in this form is recorded by the Motor Vehicle Office (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s). Notification must be made on this official form within TEN DAYS from the date of transfer or sale. Penalty for failure to comply is a fine up to $100. Deliver properly endorsed Certificate of Title and validated Certificate of Registration to new owner or buyer. **MAKE PROMPT NOTIFICATION, PROTECT YOURSELF FROM ANY POSSIBLE LIABILITY.**

**INSTRUCTIONS FOR COMPLETING THIS FORM**

**WARNING:** ANY INCOMPLETE, INACCURATE OR ILLEGIBLE INFORMATION WILL PREVENT THE RECORDING OF THE INFORMATION CONTAINED IN THE NOTICE AND RESULT IN NON-COMPLIANCE WITH THE LAW.

1. This form is for registered owner transfers only. Do not submit for lienholder (legal owner) transfers.
2. Enter date you sold or transferred the described vehicle.
3. PRINT new owner's name and new owner's complete address on the appropriate lines.
4. Write your signature immediately below the new owner's address line.
5. PRINT your complete address below your signature.

MAIL COMPLETED NOTICE OF TRANSFER TO: Department of Finance, Motor Vehicles and Licensing, 1580-A Kaahumanu Avenue, Wailuku, Hawaii 96793-2582

---

**SECTION B - RELEASE OF LIEN**

THE HOLDER OF LIEN ON THE VEHICLE DESCRIBED ON THIS CERTIFICATE DOES HEREBY STATE THAT THE LIEN DESCRIBED IN SAID CERTIFICATE OF TITLE IS RELEASED AND DISCHARGED

BY _____

(Lienholder Stamp)   Printed Name and Title of Authorized Person

(Authorized Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 20___

MY COMMISSION EXPIRES _____ (AFFIX SEAL)

(NOTARY PUBLIC OR OTHER OFFICER HAVING SEAL)

**NOTE: SIGNATURE NOTARIZATION NOT REQUIRED IF AUTHORIZED SIGNATURE ON FILE. SECTION E MUST BE COMPLETED TO TRANSFER OR REMOVE LIENHOLDER.**

---

**SECTION C - RE-ASSIGNMENT BY DEALER**

FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE ODOMETER STATEMENT OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT. THE UNDERSIGNED DEALER HEREBY CERTIFIES THAT THE VEHICLE DESCRIBED ON THIS TITLE HAS BEEN TRANSFERRED TO THE BUYER WHOSE NAME AND ADDRESS IS PRESENTED IN SECTION D AND I CERTIFY TO THE BEST OF MY KNOWLEDGE THAT THE ODOMETER READING IS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED.

ODOMETER READING [ ][ ][ ][ ][ ][ ] (NO TENTHS)

CHECK IF APPLICABLE:
1. ☐ THE MILEAGE READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.
2. ☐ THE ODOMETER READING IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

I AM AWARE OF THE ODOMETER CERTIFICATION MADE BY THE SELLER(S) IN SECTION A.

PRINTED FIRM NAME _____

PRINTED FIRM ADDRESS _____

PRINTED NAME AND TITLE OF AUTHORIZED PERSON _____

AUTHORIZED SIGNATURE _____ DATE OF TRANSFER _____

---

**SECTION D - APPLICATION FOR TRANSFER BY NEW REGISTERED OWNER(S)**

Any change of Registered Owner must be recorded with the Department within 30 days by presenting the CERTIFICATE OF TITLE, properly endorsed, last issued CERTIFICATE OF REGISTRATION, and current CERTIFICATE OF VEHICLE INSPECTION. After 30 days, PENALTY FEE for LATE TRANSFER OF REGISTERED OWNERSHIP will be $50.00.

I/WE HEREBY ACKNOWLEDGE THE ODOMETER CERTIFICATION MADE BY THE SELLER(S) IN SECTION A OR C. NEW REGISTERED OWNER(S) MUST PRINT AND SIGN ON THE LINES PROVIDED BELOW.

1. X
(PRINT)   LAST NAME   FIRST NAME   MIDDLE INITIAL   PURCHASE DATE

2. X
(PRINT)   LAST NAME   FIRST NAME   MIDDLE INITIAL   PURCHASE DATE

3. X
STREET OR P.O. BOX ADDRESS   CITY   STATE   ZIP CODE

4. X
PRINTED NAME AND SIGNATURE OF NEW REGISTERED OWNER. IF FIRM, PRINTED NAME, TITLE AND SIGNATURE OF AUTHORIZED PERSON.

5. X
PRINTED NAME AND SIGNATURE OF NEW JOINT REGISTERED OWNER, IF HELD IN JOINT OWNERSHIP.

---

**SECTION E - APPLICATION FOR TRANSFER BY NEW LIENHOLDER**

If no lien, where new registered and lienholder are same, write "NONE" on line E.1 below. If this section is not completed, the lienholder shall be the same as the new registered owner. **SECTION E MUST BE COMPLETED TO TRANSFER OR REMOVE LIENHOLDER.**

1. _____
PRINT/TYPE NEW LIENHOLDER

2. _____
STREET OR P.O. BOX ADDRESS   CITY   STATE   ZIP CODE

3. X
PRINTED NAME AND SIGNATURE OF NEW LIENHOLDER. IF FIRM, PRINTED NAME, TITLE AND SIGNATURE OF AUTHORIZED PERSON.

4. X

SELLER REQUIRED TO SUBMIT THIS FORM TO THE DEPARTMENT WITHIN 10 DAYS OF SALE. FINE $100.00

## NOTICE OF TRANSFER

JVC804-02    LICENSE NUMBER JVC804

MAKE FORD    TYPE PKUP

VEHICLE IDENTIFICATION NUMBER 1FTNX21S62EA88653

DATE OF TRANSFER

YOU ARE HEREBY NOTIFIED THAT I(WE), THE UNDERSIGNED OWNER(S) OF THE MOTOR VEHICLE DESCRIBED ABOVE, SOLD OR TRANSFERRED MY(OUR) INTEREST IN SAID MOTOR VEHICLE TO A NEW OWNER.

PRINT NAME OF NEW OWNER X

PRINT ADDRESS OF NEW OWNER X

CITY Lahaina    STATE HI    ZIP CODE 96761

SIGNATURE OF TRANSFEROR(S) OR SELLER(S)

ADDRESS OF TRANSFEROR(S) OR SELLER(S) 1381 B FRONT ST Lahaina HI 96761

DETACH BEFORE GIVING TITLE TO NEW OWNER    DF-L-53



Certificate of Title    LICENSE NUMBER JVC804

County of Maui

MAKE FORD    TYPE PKUP    DATE ISSUED 10-21-2002    EMBLEM NO. M47003

VEHICLE IDENTIFICATION NUMBER 1FTNX21S62EA88653    TAX ON 12 MOS

WEIGHT 6090    YEAR MODEL 02    DATE SOLD NEW 12-27-01    JVC804-02

REGISTERED OWNER(S) & ADDRESS:
VIERRA SHAM
1381 B FRONT ST
LAHAINA HI 96761

SAFETY CHECK EXPIRES NOV 2002    TOTAL PAID 148.58

THIS CERTIFICATE IS EVIDENCE OF RECORDED OWNERSHIP OF MOTOR VEHICLE DESCRIBED. KEEP THIS IN A SAFE PLACE. DO NOT KEEP IN VEHICLE. REGISTERED OWNER ABOVE IS ALSO LIENHOLDER WHEN LIENHOLDER'S NAME IS NOT TYPED IN. WHEN VEHICLE IS SOLD, MORTGAGED, ETC, THIS INSTRUMENT PROPERLY ENDORSED MUST BE PRESENTED TO THE DEPARTMENT BEFORE OWNERSHIP TRANSFER CAN BE RECORDED. ANY UNOFFICIAL ERASURES OR ALTERATIONS WILL VOID THIS CERTIFICATE.

LIENHOLDER:
SAME

M03
M040612
M47003

SECTION A — ASSIGNMENT OF TITLE BY SELLER
IF REGISTERED OWNER(S) AND LIENHOLDER ARE SAME, SIGNATURE RELEASING REGISTERED OWNERSHIP ALSO RELEASES LIEN TO VEHICLE. TO RETAIN A LIEN ON THE VEHICLE, REGISTERED OWNER(S) MUST COMPLETE NEW LIENHOLDER PORTION (SECTION E) ON REVERSE SIDE OF THIS CERTIFICATE.

THE ODOMETER READING AT LAST TRANSFER WAS    16496
FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE ODOMETER STATEMENT OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT. I CERTIFY TO THE BEST OF MY KNOWLEDGE THAT THE ODOMETER READING IS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED.

ODOMETER READING _____ (NO TENTHS)

CHECK IF APPLICABLE:
[ ] 1. THE MILEAGE READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.
[ ] 2. THE ODOMETER READING IS NOT THE ACTUAL MILEAGE.    WARNING: ODOMETER DISCREPANCY

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY TRANSFERS THE MOTOR VEHICLE DESCRIBED ON THIS CERTIFICATE TO THE BUYER WHOSE NAME AND ADDRESS IS PRINTED IN SECTION C OR D AND WARRANTS IT TO BE FREE OF ALL LIENS AND ENCUMBRANCES EXCEPT AS STATED IN SECTION E.

NOTE: SELLER MUST COMPLETE NOTICE OF TRANSFER FORM ABOVE. FINE $100.00

Sham Vierra

DATE OF TRANSFER    PRINTED NAME AND SIGNATURE OF SELLER. IF FIRM, PRINTED NAME, TITLE AND SIGNATURE OF AUTHORIZED PERSON

DATE OF TRANSFER    PRINTED NAME AND SIGNATURE OF JOINT SELLER, IF HELD IN JOINT OWNERSHIP

BEING DULY SWORN UPON OATH, SAYS THAT THE STATEMENTS SET FORTH ARE TRUE AND CORRECT.

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 20____

MY COMMISSION EXPIRES _____    (AFFIX SEAL)    _____
(NOTARY PUBLIC OR OTHER OFFICER HAVING SEAL)

NOTE: NOTARIZATION OF SELLER'S SIGNATURE(S) IS OPTIONAL. HOWEVER, NOTARIZATION WILL PREVENT REJECTION FOR IRREGULAR SIGNATURE(S) UPON COMPARISON WITH THE SIGNATURE(S) ON FILE OR FOR SIGNATURE VERIFICATION WHEN TRANSFER IS RECORDED IN ANOTHER COUNTY.

## IMPORTANT NOTICE

You are required by HRS Section 286-52, Hawaii Revised Statutes, to immediately notify the Motor Vehicle Office when you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Division and does not constitute application for transfer of ownership. TO REMOVE YOUR NAME FROM THE DIVISION'S RECORD, THE NEW BUYER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE AND REGISTRATION RECEIVED FROM YOU. When the information contained in this form is recorded by the Motor Vehicle Office (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s). Notification must be made on this official form within TEN DAYS from the date of transfer or sale. Penalty for failure to comply is a fine up to $100. Deliver properly endorsed Certificate of Title and validated Certificate of Registration to new owner or buyer. **MAKE PROMPT NOTIFICATION, PROTECT YOURSELF FROM ANY POSSIBLE LIABILITY.**

### INSTRUCTIONS FOR COMPLETING THIS FORM

**WARNING:** ANY INCOMPLETE, INACCURATE OR ILLEGIBLE INFORMATION WILL PREVENT THE RECORDING OF THE INFORMATION CONTAINED IN THE NOTICE AND RESULT IN NON-COMPLIANCE WITH THE LAW.

1. This form is for registered owner transfers only. Do not submit for lienholder (legal owner) transfers.
2. Enter date you sold or transferred the described vehicle.
3. PRINT new owner's name and new owner's complete address on the appropriate lines.
4. Write your signature immediately below the new owner's address line.
5. PRINT your complete address below your signature.

MAIL COMPLETED NOTICE OF TRANSFER TO: Department of Finance, Motor Vehicles and Licensing, 1580-A Kaahumanu Avenue, Wailuku, Hawaii 96793-2582

### SECTION B - RELEASE OF LIEN

THE HOLDER OF LIEN ON THE VEHICLE DESCRIBED ON THIS CERTIFICATE DOES HEREBY STATE THE LIEN DESCRIBED IN SAID CERTIFICATE OF TITLE IS RELEASED AND DISCHARGED.

BY

(Lienholder Stamp)    Printed Name and Title of Authorized Person

(Authorized Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 20 ___
MY COMMISSION EXPIRES _____ (AFFIX SEAL) _____ (NOTARY PUBLIC OR OTHER OFFICER HAVING SEAL)

**NOTE: SIGNATURE NOTARIZATION NOT REQUIRED IF AUTHORIZED SIGNATURE ON FILE. SECTION E MUST BE COMPLETED TO TRANSFER OR REMOVE LIENHOLDER.**

### SECTION C - RE-ASSIGNMENT BY DEALER

FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE ODOMETER STATEMENT OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT. THE UNDERSIGNED DEALER HEREBY CERTIFIES THAT THE VEHICLE DESCRIBED ON THIS TITLE HAS BEEN TRANSFERRED TO THE BUYER WHOSE NAME AND ADDRESS IS PRESENTED IN SECTION D, AND I CERTIFY TO THE BEST OF MY KNOWLEDGE THAT THE ODOMETER READING IS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED.

ODOMETER READING [ ][ ][ ][ ][ ][ ] (NO TENTHS)

**CHECK IF APPLICABLE**
[ ] 1. THE MILEAGE READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.
[ ] 2. THE ODOMETER READING IS NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY**

I AM AWARE OF THE ODOMETER CERTIFICATION MADE BY THE SELLER(S) IN SECTION A.

PRINTED FIRM NAME _____
PRINTED FIRM ADDRESS _____
PRINTED NAME AND TITLE OF AUTHORIZED PERSON _____
AUTHORIZED SIGNATURE _____ DATE OF TRANSFER _____

### SECTION D - APPLICATION FOR TRANSFER BY NEW REGISTERED OWNER(S)

Any change of Registered Owner must be recorded with the Department within 30 days by presenting the CERTIFICATE OF TITLE properly endorsed, last issued CERTIFICATE OF REGISTRATION, and current CERTIFICATE OF VEHICLE INSPECTION. After 30 days, PENALTY FEE for LATE TRANSFER OF REGISTERED OWNERSHIP will be $50.00.

I/WE HEREBY ACKNOWLEDGE THE ODOMETER CERTIFICATION MADE BY THE SELLER(S) IN SECTION A OR C. NEW REGISTERED OWNER(S) MUST PRINT AND SIGN ON THE LINES PROVIDED BELOW.

1. X
(PRINT) LAST NAME | FIRST NAME | MIDDLE INITIAL | PURCHASE DATE

2. X
(PRINT) LAST NAME | FIRST NAME | MIDDLE INITIAL | PURCHASE DATE

3. X
STREET OR P.O. BOX ADDRESS | CITY | STATE | ZIP CODE

4. X
PRINTED NAME AND SIGNATURE OF NEW REGISTERED OWNER. IF FIRM, PRINTED NAME, TITLE AND SIGNATURE OF AUTHORIZED PERSON.

5. X
PRINTED NAME AND SIGNATURE OF NEW JOINT REGISTERED OWNER, IF HELD IN JOINT OWNERSHIP.

### SECTION E - APPLICATION FOR TRANSFER BY NEW LIENHOLDER

If no lien, where new registered and lienholder are same, write "NONE" on line E-1 below. **If this section is not completed, the lienholder shall be the same as the new registered owner. SECTION E MUST BE COMPLETED TO TRANSFER OR REMOVE LIENHOLDER.**

1. PRINT/TYPE NEW LIENHOLDER

2. X
STREET OR P.O. BOX ADDRESS | CITY | STATE | ZIP CODE

3. X
PRINTED NAME AND SIGNATURE OF NEW LIENHOLDER. IF FIRM, PRINTED NAME, TITLE AND SIGNATURE OF AUTHORIZED PERSON.

4. X