AO 442 (Rev. 5/93) Warrant for Arrest

*ORIGINAL* *SEALED*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2007

at 10 o'clock and 50 min. A M
SUE BEITIA, CLERK

# United States District Court

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

DAWN R. GALARITA

**WARRANT FOR ARREST**

CR 04-399 DAE-06

CASE NUMBER: MAG. 04-644

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  DAWN R. GALARITA
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. In violation of

*2004 SEP 28 PM 2:27  U.S. MARSHALS SERVICE, HONOLULU  RECEIVED*

in violation of
Title  21  United States Code, Section(s)  846

LESLIE E. KOBAYASHI
Name of Issuing Officer

*Leslie E. Kobayashi*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

9/28/04  Honolulu, HI
Date and Location

Bail fixed at $ to be determined  by  duty judge
                                       Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST SEP 30 2004 | Special Agent Rachel A Byrd | *Rachel A Byrd* |

This form was electronically produced by Elite Federal Forms, Inc.